HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEOFFREY GRAY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF TRANSPORTATION, ROGER MILLAR, JEFF PELTON, MARK NITCHMAN, and KIMBERLY MONROE FLAIG, <br><br> Defendants. | No. 3:23-cv-05418-DGE <br><br> ORDER GRANTING DEFENDANTS' MOTION TO EXCEED WORD LIMITS (DKT. NO. 13) |

This matter came before the Court on Defendants' Motion to Exceed Word Limits (Dkt. No. 13). The Court has reviewed the foregoing Motion and the records and pleadings already on file.

Based on the foregoing, the Defendants' Motion to Exceed Word Limits is hereby GRANTED. Defendants' Motion to Dismiss will be limited to 12,000 words and any Reply will be limited to 6,000 words. Any Response by Plaintiff will be limited to 12,000 words.

ORDER GRANTING DEFS'
MOTION TO EXCEED WORD LIMITS - 1
Case No. 3:23-cv-05418-DGE

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

It is SO ORDERED.

ISSUED this 30th day of June, 2023.

David G. Estudillo
United States District Judge

Presented By:

*s/Zachary J. Pekelis*
ZACHARY J. PEKELIS, WSBA #44557
Special Assistant Attorney General
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA  98101-3404
(206) 245-1700
Zach.Pekelis@PacificaLawGroup.com

*Attorney for Defendants*

ORDER GRANTING DEFS'
MOTION TO EXCEED WORD LIMITS - 2
Case No. 3:23-cv-05418-DGE

PACIFICA LAW GROUP  LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750